1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

          Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,

          Defendant.

Case No. 2:18-cv-01886-RSM

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION AND BRIEFING SCHEDULE TO ALLOW FOR CROSS-MOTION BY DEFENDANT**

COME NOW the Parties herein, by and through their attorneys of record and based on agreement on October 8, 2019, hereby stipulate to the continuance of Plaintiff's Motion for Partial Summary Judgment re Timeliness of Claims (Dkt. #17) from its currently noted date of October 18, 2019 to November 22, 2019 in order to allow for Defendant ACE American Insurance Company to bring a cross-motion for summary judgment on the same issues raised in Plaintiff's Motion for Partial Summary Judgment and to allow King County to depose former ACE Adjuster Adrienne Benzoni.

The Parties have agreed that Plaintiff will re-note its Motion for Partial Summary Judgment for November 22, 2019. Defendant will file a joint opposition/cross-motion for summary judgment with an enlarged page count, allowing for 12 extra pages according to Local Rule 7(k), which shall be filed no later than October 25, 2019. Plaintiff's response to the cross-motion/reply will be due November 18, 2019, and shall be limited to twenty (20) pages.

JOINT STIPULATION AND ORDER - 1
Case No. 2:18-cv-01886-RSM

123194.0003/7804041.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Defendant's Reply specific to its cross-motion will be due November 22, 2019, and will be limited to eight (8) pages.

The new joint briefing schedule for Plaintiff's Motion for Partial Summary Judgment re: Timeliness of Claims and Defendant's Cross-Motion for Summary Judgment re Suit Limitations is outlined below:

| | |
|---|---|
| Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment/Cross-Motion for Summary Judgment | October 25, 2019 |
| | Page limit (36) |
| Plaintiff's Opposition to Cross-Motion/Reply in Support of Motion Partial Summary Judgment | November 18, 2019 |
| | Page limit (20) |
| Defendant's Reply in Support of Cross-Motion for Summary Judgment | November 22, 2019 |
| | Page limit (8) |

DATED this 8th day of October, 2019

LANE POWELL, PC

By: /s/ Jennifer M. Beyerlein
Jennifer Beyerlein, WSBA No. 35754
1420 Fifth Avenue Suite 4100
Seattle, WA 98101
beyerleinj@lanepowell.com
Telephone: 206.223.7000
Facsimile: 206.223.7107

*Attorneys for Plaintiff King County*

COZEN O'CONNOR

By: /s/ William F. Knowles
William F. Knowles, WSBA No. 17212
999 Third Avenue, Suite 1900
Seattle, WA 98104
wknowles@cozen.com
Telephone: 206-340-1000
Facsimile: 206-621-8783

*Attorneys for Defendant ACE American Insurance Company*

JOINT STIPULATION AND ORDER - 2
Case No. 2:18-cv-01886-RSM

123194.0003/7804041.1

**ORDER**

Based on the foregoing Stipulation between the parties,

IT IS SO ORDERED this 9th day of October 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC


By *s/Jennifer M. Beyerlein*
    Jennifer M. Beyerlein, WSBA #35754
    Attorneys for Plaintiff

JOINT STIPULATION AND PROPOSED ORDER - 3
Case No. 2:18-cv-01886-RSM

123194.0003/7804041.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107