CHIEF JUDGE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a Washington municipal corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:18-cv-01886 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff King County and Defendant ACE American Insurance Company, by and through their respective counsel, that all claims asserted against Defendant in this matter are dismissed with prejudice and without an award of costs and fees.

DATED: April 16, 2020

| LANE POWELL PC | COZEN O'CONNOR, PC |
|---|---|
| By *s/Jennifer Beyerlein*<br>　Stanton P. Beck, WSBA No. 16212<br>　Mark G. Beard, WSBA No. 11737<br>　Jennifer Beyerlein, WSBA No. 35754<br>　becks@lanepowell.com<br>　beardm@lanepowell.com<br>　beyerleinj@lanepowell.com | By *s/William F. Knowles*<br>　William F. Knowles, WSBA No. 17212<br>　Thomas M. Jones, WSBA No. 13141<br>　Peter J. Berg, WSBA No. 46757<br>　Irene Yesowitch, *pro hac vice*<br>　Michael W. Melendez, *pro hac vice*<br>　Teri Mae Rutledge, *pro hac vice*<br>　Alicia M. Gurries, *pro hac vice*<br>Attorneys for Defendant |

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 2:18-CV-01886 RSM

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

123194.0003/7842111.1

By *s/Mary DeVuono Englund*
Mary DeVuono Englund, WSBA No.17122
Senior Deputy Prosecuting Attorney
Marydevuono.englund@kingcounty.gov

Attorneys for Plaintiff

## ORDER

Plaintiff King County and Defendant ACE American Insurance Company having stipulated for dismissal of all claims asserted against Defendant in the above-entitled matter with prejudice and without costs or fees; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims asserted in the above-entitled matter by Plaintiff King County against Defendant ACE American Insurance Company are hereby dismissed with prejudice and without an award of costs or fees to any party.

DATED this 16th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/Jennifer Beyerlein*
Stanton P. Beck, WSBA No. 16212
Mark G. Beard, WSBA No. 11737
Jennifer Beyerlein, WSBA No. 35754

By *s/Mary DeVuono Englund*
Mary DeVuono Englund, WSBA No.17122

Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 2:18-CV-01886 RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

123194.0003/7842111.1

1
2  COZEN O'CONNOR, PC

3  By *s/William F. Knowles*
    William F. Knowles, WSBA No. 17212
    Thomas M. Jones, WSBA No. 13141
4     Peter J. Berg, WSBA No. 46757
    Irene Yesowitch, *pro hac vice*
5     Michael W. Melendez, *pro hac vice*
   Teri Mae Rutledge, *pro hac vice*
6     Alicia M. Gurries, *pro hac vice*

7  Attorneys for Defendant

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND ORDER OF DISMISSAL - 3
CASE NO. 2:18-CV-01886 RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

123194.0003/7842111.1